**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Darryl ALEXANDER, also known**
**as Darryl Brown, Defendant–**
**Appellant.**

**No. 09–60071**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 16, 2009.

John Arthur Meynardie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Mississippi, Gulfport, MS, for Plaintiff–Appellee.

Michael P. Heiskell, Johnson, Vaughn & Heiskell, Fort Worth, TX, for Defendant–Appellant.

Before SMITH, STEWART, and SOUTHWICK, Circuit Judges.

---

PER CURIAM: *

Darryl Alexander appeals the district court's affirmance of an order of pretrial detention. The district court found that no condition or combination of conditions would reasonably assure the appearance of Alexander, as required, if he were released from detention pending trial. The district court's conclusion is supported by the record. *See United States v. Hare,* 873 F.2d 796, 798–99 (5th Cir.1989).

The pretrial detention order is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

